UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 16-065 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| DANIEL DEREK BROWN, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:   Felon in Possession of a Firearm; Possession of Cocaine Base with Intent to Distribute; Possession of a Firearm in Furtherance of Drug Trafficking

<u>Date of Detention Hearing</u>:   February 25, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by Complaint with the above-listed offenses. The complaint alleges that defendant was arrested following reports of a man with a gun in the Belltown area of downtown Seattle. Defendant had allegedly attempted to flee in order to evade arrest, but was blocked by the patrol cars and detained at gunpoint. Defendant's criminal record includes prior firearms offenses, including a state charge for which defendant was released from confinement approximately two months before the instant arrest.

2. There are indications of a significant mental health and substance abuse history. He is not employed.

3. Defendant poses a risk of nonappearance due to a history of failing to appear, history of mental health issues, history of controlled substance use, and lack of employment. He poses a risk of danger due to the nature and circumstances of the instant offense and criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
PAGE -2

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 25th day of February, 2016.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3